# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> TRENT BROCKMEIER, et al. | Criminal No. 20-cr-800 (RBK) <br><br> The Honorable Robert B. Kugler, <br> U.S. District Judge |

## Motion to Substitute Property Used to Secure Bond

Defendant Trent Brockmeier was indicted in this case on September 16, 2020. His initial appearance occurred via video the following day. His bond was set at $100,000.00, secured by property located at 709 West Gold Dust Drive, Pigeon Forge, Tennessee. This is property owned by Mr. Brockmeier and his wife.

Now, the Brockmeiers wish to sell this property. They have a different piece of property (located at 2140 Battle Hill Road, Sevierville, Tennessee) with sufficient value to secure Mr. Brockmeier's bond. Mr. Brockmeier has a property deed showing he and his wife are the owners of Battle Hill Road, as well as a closing statement and 2021 Tax Notice from Sevier County, documenting the value of the property. This documentation has been provided to the government and will be provided to the Court.

Undersigned counsel has conferred with the government regarding this motion, and is authorized to state that the government takes no position on Mr. Brockmeier's request to the Court.

Therefore, Mr. Brockmeier requests the Court to enter an order modifying his bond to show that it will be secured by the Battle Hill Road property.

Respectfully submitted, this 19th day of July, 2022.

**GARLAND, SAMUEL & LOEB, P.C.**

*/s/ Amanda Clark Palmer*
AMANDA CLARK PALMER
Georgia Bar No.: 130608
*/s/ Donald F. Samuel*
DONALD F. SAMUEL
Georgia Bar No.: 624475
*Attorneys for Trent Brockmeier*

3151 Maple Drive
Atlanta, GA 30305
(404) 262-2225
(404) 365-5041
aclark@gsllaw.com

## CERTIFICATE OF SERVICE

I, Amanda Clark Palmer, hereby certify that the enclosed <u>Motion to Substitute Property Used to Secure Bond</u> was served upon all counsel of record via email and the Clerk's ECF filing system.

So certified, this 19th day of July, 2022.

**GARLAND, SAMUEL & LOEB, P.C.**

<u>/s/ Amanda Clark Palmer</u>
AMANDA CLARK PALMER
Georgia Bar No.: 130608