UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TRENT BROCKMEIER, et al. | Criminal No. 20-cr-800 (RBK) |

### [~~Proposed~~] Order Modifying Conditions of Release

Defendant Trent Brockmeier was indicted in this case on September 16, 2020. His initial appearance occurred via video the following day. His bond was set at $100,000.00, secured by property located at 709 West Gold Dust Drive, Pigeon Forge, Tennessee. Subsequently, Mr. Brockmeier submitted a motion to the Court, requesting to substitute the property securing his bond. The government did not take a position on Mr. Brockmeier's request. *and the Court notes that Pretrial Services has no objection.* After due consideration of said motion, the same is hereby granted. Mr. Brockmeier's bond shall be secured by property located at 2140 Battle Hill Road, Sevierville, Tennessee. Additionally, Mr. Brockmeier's Conditions of Release are modified as follows:

> Mr. Brockmeier must abide by the following restrictions on personal association, residence or travel: Travel is restricted to Florida; Georgia for attorney visits; E.D. Pa. and NJ for court appearances. Mr. Brockmeier may travel to California for family visits with prior notice to Pretrial. He may also travel to Tennessee as necessary due still owing property there, with prior notice to Pretrial.

> All other Conditions of Release shall remain the same.

SO ORDERED, this 9th day of August, 2022.

　　　　　　　　　　　　　　　　　　　/s/ Ann Marie Donio
　　　　　　　　　　　　　　　　　　　Ann Marie Donio
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

| **Order Prepared By:** | **Consented as to form by:** |
|---|---|
| Amanda Clark Palmer<br>Georgia Bar No.: 130608<br>*Attorney for Trent Brockmeier*<br>3151 Maple Drive<br>Atlanta, GA 30305<br>(404) 262-2225<br>(404) 365-5041<br>aclark@gsllaw.com | Christina O. Hud<br>Assistant U.S. Attorney<br>U.S. Department of Justice<br>U.S. Attorney's Office – District of New Jersey<br>Direct Dial: 856.605.4910<br>christina.hud@usdoj.gov |

2