IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA<br><br>v.<br><br>TRENT BROCKMEIER | Case No. 20cr800-02(RBK) |
|---|---|

**ORDER AMENDING CONDITIONS OF RELEASE**

THIS MATTER having come before the Court by way of Defendant Trent Brockmeier's request dated August 25, 2022 to Amend Conditions of Release, and the Court noting that the Government and Pretrial Services have no objection; and for cause shown:

IT IS on this 29th day of August 2022 ORDERED that the Order Setting Conditions of Release dated September 17, 2020 and as amended on August 9, 2022 is hereby amended as follows:

1. The defendant is permitted to reside in Florida at the address provided to Pretrial Services.
2. All other conditions of release set forth in the Order Setting Conditions of Release September 17, 2020 and

as amended on August 9, 2022 shall remain in effect and is hereby incorporated herein.

ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release as amended. I promise to obey all conditions of release including all amended conditions, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions as set forth in the Order of Release dated September 17, 2020.

08/29/2022
Date

Trent Brockmeier