UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

TRENT BROCKMEIER, et al.

Criminal No. 20-cr-800 (RBK)

[~~Proposed~~] Order Allowing Trent Brockmeier to Travel

Defendant Trent Brockmeier has submitted an unopposed motion to travel to the state of Washington in January 2023 for the purpose of visiting various family members. After due consideration of said motion, the same is hereby granted. Mr. Brockmeier shall be able to travel to Washington. Before his trip, he shall provide his pretrial services officer with his dates of travel, flight numbers, and the location where he will be staying in Washington. He shall also check in with his pretrial services officer by phone upon his arrival in Washington and upon his arrival back home. During his travel, all other conditions of his release shall remain the same.

SO ORDERED, this 7th day of December, 2022.

Robert B. Kugler
United States District Judge

1