

1834 Independence Square
Atlanta, Georgia 30338

Direct dial 404-262-6505
sgrubman@cglawfirm.com

January 18, 2023

**VIA CM/ECF**
Attn: William T. Walsh, Clerk of Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, NJ 08101

    Re:    *United States of America v. Christopher Kyle Johnston, Trent Brockmeier and Christopher Casseri*
            Civil Action File No. 1:20-CR-00800

Dear Mr. Walsh:

Pursuant to Local Rule 83.1(E)(3), I write to notify the Court that I will be out of the office on the following dates:

- April 24 thru May 5, 2023 (personal international travel)

I respectfully request that I be excused from any appearances in the above-referenced matter on those dates.

    Sincerely yours,

    */s/ Scott R. Grubman*
    Scott R. Grubman
    Attorney for Defendant

cc: Christina O. Hud (via CM/ECF)
    R. David Walk. Jr (via CM/ECF)