**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**CHRISTOPHER KYLE JOHNSTON and TRENT BROCKMEIER.** | **Case No. 20–cr–00800–ESK**<br><br><br>**ORDER** |

       **THIS MATTER** having come before the Court on defendant Christopher Kyle Johnston's motion for reconsideration (Motion) (ECF No. 196); and the government having opposed the Motion (ECF No 199); and Johnston having filed a reply to the government's opposition (ECF No. 207); and defendant Trent Brockmeier having joined in the Motion as to the money laundering counts charged against him (ECF No. 210); and the Court having heard argument on the Motion on December 23, 2024; and for the reasons stated on the record at the hearing,

       **IT IS** on this   **23rd** day of **December 2024**   **ORDERED** that:

       1.    The Motion is **GRANTED**.   Counts five through 24 of the indictment (ECF No. 1) are **DISMISSED**.

       2.    A status conference and motion hearing are scheduled for **January 15, 2025** at **10:00 a.m.**

                     */s/ Edward S. Kiel*
                     **EDWARD S. KIEL**
                     **UNITED STATES DISTRICT JUDGE**