UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
--------------------------------------------------------X

UNITED STATES OF AMERICA,

      -v-

TRENT BROCKMEIER, et al.

      Defendant.

--------------------------------------------------------X

NOTICE OF WAIVER OF APPEARANCE

Crim No. 20 Cr. 800 (ESK)

TO:    All Counsel of Record

PLEASE TAKE NOTICE that Defendant Trent Brockmeier waives his appearance for January 21, 2025 in the above-captioned matter.

_____
Marc Agnifilo, Esq.
Agnifilo Intrater LLP
445 Park Avenue, 7th Floor
New York, NY 10022
Tel: (646) 205-4352
marc@agilawgroup.com

Dated:    January 21, 2025
              New York, New York