UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | ORDER |
| | : | |
| TRENT BROCKMEIER, | : | CR. NO.  20-800-2 (ESK) |
| Defendant. | : | |

This matter being before the Court upon oral motion of the United States to modify defendant's conditions of bail following a jury trial and guilty verdict, and for good cause shown,

IT IS on this _10th_ day of March, 2025,

ORDERED the prior conditions of defendant's bail shall remain in full effect, with the following added conditions:   (1) within 14 days of this Order, Defendant shall sign a $1,000,000 appearance bond secured by property; and (2) Defendant's travel is restricted to Florida, New Jersey, and the Southern District of New York for attorney consultations.

EDWARD S. KIEL
UNITED STATES DISTRICT JUDGE