

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| R. DAVID WALK, JR. | 401 Market Street, 4th Floor | (973) 986-7101 |
| Assistant United States Attorney | Camden, NJ 08101-2098 | |

June 6, 2025

**VIA ECF**

# ORDER

Honorable Edward S. Kiel
United States District Judge
Mitchell H. Cohen United States Courthouse
Fourth and Cooper Streets
Camden, New Jersey 08102

    Re:    <u>United States v. Christopher Kyle Johnston, et al., 20-cr-800</u>

Dear Judge Kiel:

    I write to respectfully request a three-week extension of the time within which the Government must file its response to the post-trial motions filed by defendants Christopher Kyle Johnston and Trent Brockmeier. The Government requires an extension because the defendants' motions are quite extensive and my co-counsel is on extended leave this month. With the extension, the Government's response would be due on July 3, and the defendants' reply briefs would be due on July 17. Counsel for both defendants have kindly consented to this extension.

    Thank you for your consideration of this request.

                                                                           Respectfully submitted,

                                                                           ALINA HABBA
                                                                           United States Attorney

                                                                           R. DAVID WALK, JR.
                                                                           DANIEL A. FRIEDMAN
                                                                           Assistant United States Attorneys

cc:  All counsel (via ECF)

**So Ordered. The Clerk of the Court is directed to terminate the motion for extension of time at ECF No. 330.**

       */s/ Edward S. Kiel*
**Edward S. Kiel, U.S.D.J.**
**Date: June 9, 2025**