# AGNIFILO
# INTRATER

---

August 6, 2025

**BY ECF**
Honorable Edward S. Kiel
United States District Judge
Mitchell H. Cohen Building
4th and Cooper Streets, Courtroom 3A
Camden, New Jersey 08101

      Re:    <u>United States v. Brockmeier, et al.</u>, 20-CR-800 (ESK)

Dear Judge Kiel:

      We write jointly on behalf of both Mr. Brockmeier and Mr. Johnston, to respectfully request a one-week extension of time to file Defendants' reply brief in further support of our post-trial motions. With this extension, the Defendants' reply brief would be due on August 15, 2025. The reason for this request is that, due to my recent schedule in particular, we have encountered a number of conflicts with counsel for Mr. Johnston which have prevented us from adequately conferring in the preparation of our reply brief. The additional week requested will allow counsel for Mr. Brockmeier and Mr. Johnston to coordinate in finalizing the reply brief, to minimize duplication and reduce the length of the submission, even as we seek to respond to the Government's lengthy submission. As such, we request one additional week to allow counsel for both defendants to jointly complete and file our reply brief. The Government has indicated that it has no objection to this request.

      Should the Court have any questions regarding this request, please do not hesitate to contact me. We thank the Court for its continued attention to and consideration of this matter.

                                        Respectfully submitted,

                                        Marc Agnifilo

cc:     All Counsel (via ECF)