# AGNIFILO INTRATER

March 13, 2026

**VIA ECF**
Honorable Edward S. Kiel
United States District Judge
Mitchell H. Cohen Building
4th and Cooper Streets, Courtroom 3A
Camden, New Jersey 08101

   Re: **United States v. Brockmeier, et al.**, 20-CR-800 (ESK)

Dear Judge Kiel:

  As the Court is aware, this firm represents Trent Brockmeier in the above-captioned matter. Following the jury trial in this matter, on March 26, 2025 Mr. Brockmeier executed an amended appearance bond in the amount of $1,000,000, secured by property at 1865 Harding Path, The Villages, Florida 32162. *See* ECF Nos. 317, 318. A Notice of Lis Pendens was ordered by the Court on May 6, 2025 and subsequently recorded with the Sumter County Clerk of Courts. *See* ECF No. 324.

  On January 16, 2026, the Court entered an Opinion, ECF No. 373, and Order, ECF No. 374, granting Mr. Brockmeier's Rule 29 Motion and conditionally granting his Rule 33 Motion. Since that time, we understand that although Mr. Brockmeier has been released by the Office of Pretrial Services from his other conditions of release, the lien on his property has not yet been vacated. Accordingly, Mr. Brockmeier respectfully requests that the Court order that his appearance bonds now be released and deemed satisfied.

  If this is acceptable to the Court, Mr. Brockmeier respectfully requests that Your Honor "So Order" this letter and direct its entry on the docket at the Court's convenience. Should the Court have any questions with respect to this request, please do not hesitate to contact me directly.

  Thank you for the Court's consideration of this matter.

Respectfully submitted,

Marc Agnifilo